UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

GGP HOTEL HARRISBURG
FUNDER LLC,

Plaintiff(s)

- v -

FORBRIGHT BANK F/K/A
CONGRESSIONAL BANK,

Defendant(s)

_____

**RULE 7.1 STATEMENT**

Case No.: 25-cv-9710
_____
Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Plaintiff GGP Hotel Harrisburg Funder LLC

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

GGP Hotel Harrisburg, LLC is the only member of Plaintiff GGP Hotel Harrisburg Funder LLC.

KDL-T Management, LLC and GPC Glacier, LLC are members of GCP Hotel Harrisburg, Hotel, LLC.

KDL-T Management, LLC is 50% owned by Yaniv Blumenfeld and 50% owned by Ilanit Blumenfeld.

GPC Glacier, LLC is owned 100% by Vespertina LLC which is owned 100% by JRT Trust Florida.

The trustees of JRT Trust florida are Ruth Ghitis and Tania Gilinski who both reside in Florida.

1

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

KDL-T Management, LLC - Domiciled in New York.

GPC Glacier, LLC - Domiciled in Florida.

11/25/25

Date

/s/ Cory Mitchell Gray
_____
Signature of Attorney

2192458
_____
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022

2