UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

GGP HOTEL HARRISBURG FUNDER, LLC,   :

          :

          :

          Plaintiff,   :

          :       25-CV-9710 (VEC)

     -against-     :

          :       ORDER

FORBRIGHT BANK.     :

          :

          :

          Defendant.  :

---------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

IT IS HEREBY ORDERED that the oral argument scheduled for December 19, 2025, at

2:30 P.M. is RESCHEDULED to **Friday, December 19, 2025, at 10:00 A.M.** in Courtroom

20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date:  December 5, 2025**
**       New York, New York**

                         **VALERIE CAPRONI**
                        **United States District Judge**