**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GGP HOTEL HARRISBURG FUNDER, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FORBRIGHT BANK F/K/A<br>CONGRESSIONAL BANK,<br><br>Defendant. | Case No. 1:25-cv-09710-VC<br><br>**JOINT STIPULATION OF DIMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)** |
| FORBRIGHT BANK F/K/A<br>CONGRESSIONAL BANK,<br><br>Crossclaim Plaintiff,<br><br>v.<br><br>YANIV BLUMENFELD AND JOHN DOE,<br><br>Crossclaim Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Counterclaimant and Crossclaimant Forbright Bank, formerly known as Congressional Bank ("Forbright"), Counterclaim Defendant GGP Hotel Harrisburg Funder, LLC ("GGP Hotel"), and Crossclaim Defendant Yaniv Blumenfeld ("Blumenfeld"), by and through undersigned counsel, hereby stipulate and agree that Forbright's Counterclaims as to GGP Hotel and Crossclaims as to Blumenfeld and John Doe entity, dated December 5, 2025, are hereby dismissed without prejudice with each party bearing its own costs and fees in connection therewith.

Dated:  March 12, 2026

| | |
|---|---|
| **BALLARD SPAHR LLP** | **GREENBERG TRAURIG, LLP** |
| *s/ J. Chesley Burruss* | */s/ Cory Mitchell Gray* |
| J. Chesley Burruss | Cory Mitchell ray |
| 1675 Broadway, 19th Fl. | 500 Campus Drive, Suite 500 |
| New York, NY 10019 | Florham Park, NJ 07932 |
| T: 646-346-8072 | T: 973-360-7919 |
| F: 212-223-1942 | F: 973-360-7900 |
| burrussc@ballardspahr.com | Grayc@gtlaw.com |
| | |
| *Counsel for Counterclaimant and Crossclaimant Forbright Bank f/k/a Congressional Bank* | *Counsel for Counterclaim Defendant GGP Hotel Harrisburg Funder, LLC and Crossclaim Defendant Yaniv Blumenfeld* |

**IT IS SO ORDERED.**

Dated:  March 13, 2026

_____
Hon. Valerie Caproni
United States District Judge